UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Susan Schieb,<br><br>               Plaintiff,<br>v.<br><br>Student Assistance Corporation; and<br>DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.:  3:10cv00763 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated July 13, 2010

                                              Respectfully submitted,

                                              PLAINTIFF, Susan Schieb

                                              /s/ Sergei Lemberg

                                              Sergei Lemberg, Esq.
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (877) 795-3666
                                              slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg